SAMUEL A. GUIBERSON, JR., Appellant, *v.* PERCY M. CHANDLER, Respondent.

(Argued November 20, 1931; decided December 4, 1931.)

*Caruthers Ewing* for appellant.

*Martin Conboy, Edward Ward McMahon* and *David Asch* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.